# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1631

_____

United States of America

*Plaintiff - Appellee*

v.

DeMarcus J. Chappel

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 22, 2025
Filed: August 27, 2025
[Unpublished]

_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

DeMarcus Chappel appeals the above-Guidelines sentence the district court[1] imposed upon revoking his supervised release.  Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Chappel's counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.   This court concludes that the district court did not impose a substantively unreasonable sentence.  *See United States v. Miller*, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard).  The record reflects that the district court adequately considered the relevant 18 U.S.C. § 3553(a) factors.  *See* 18 U.S.C. § 3583(e); *United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006) (revocation sentence may be unreasonable if court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment).  Additionally, the revocation sentence did not exceed the statutory maximum.  *See* 18 U.S.C. §§ 3583(e)(3) (maximum revocation prison term is 2 years if underlying offense is Class C felony), (b)(2) (statutory maximum supervised release term for Class C offense of conviction is 3 years), (h) (length of new supervised-release term shall not exceed term authorized by statute for offense of conviction, less revocation prison terms).

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.